IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN FARM BUREAU<br>LIFE INSURANCE COMPANY, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Action No. 3:23-cv-00047 |
| v. | ) <br> ) | |
| EMILY H. FITZGERALD, ET AL, | ) <br> ) | By: Hon. Robert S. Ballou<br>United States District Judge |
| Defendants. | ) | |

### ORDER

Before the Court is a Motion for Entry of Default Judgment against Defendant Thomas H. Fitzgerald, Jr. ("Thomas Fitzgerald") filed by Plaintiff, Southern Farm Bureau Life Insurance Company ("Southern Farm Bureau") (the "Motion for Default Judgment"). Dkt. 18.

This is an interpleader action that involves the life insurance benefits (the "Benefits") due under the whole life policy, policy no. 01 1983309, that Southern Farm Bureau had issued to the Thomas Henry Fitzgerald, III (the "Whole Life Policy"), and under the term life policy, policy no. 011591302L, that Southern Farm Bureau had issued to Thomas Henry Fitzgerald, III (the "Term Life Policy"). Dkt. 1.

The Clerk having previously entered the default of Defendant Thomas Fitzgerald (Dkt. 15), the Motion for Default Judgment is **GRANTED** and this Court hereby **ORDERS** that:

1. Thomas Fitzgerald has forfeited any claim of entitlement that he might have asserted relating to the Benefits;

2. Defendant Thomas Fitzgerald is permanently restrained from instituting or prosecuting any other proceeding in any State or United States court affecting the

Benefits; and

3. Southern Farm Bureau is discharged from any liability to Defendant Thomas Fitzgerald relating to the Whole Life Policy and the Term Life Policy.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record

It is so **ORDERED**.

Entered:  January 31, 2024

*Robert S. Ballou*
Robert S. Ballou
United States District Judge

2