IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

SOUTHERN FARM BUREAU
LIFE INSURANCE COMPANY,

       Plaintiff,

v.                               Civil Action No. 3:23-cv-00047-RSB

EMILY H. FITZGERALD,

THOMAS H. FITZGERALD, JR.,

and

LYDIA ANNE FITZGERALD, as Administrator
of the Estate of Thomas Henry Fitzgerald, III,

       Defendants.

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff, Southern Farm Bureau Life Insurance Company ("Southern Farm Bureau"),
Emily Walker, f/k/a Emily H. Fitzgerald ("Emily Fitzgerald") and Lydia Anne Fitzgerald, as
Administrator of the Estate of Thomas Henry Fitzgerald, III ("Lydia Fitzgerald"), by their
respective counsel, pursuant to Fed. R. Civ. P. 54, jointly move for the entry of a final judgment
in this action.

This action involves the life insurance benefits (the "Benefits") due under the whole life
policy, policy no. 01 1983309, that Southern Farm Bureau had issued to the Thomas Henry
Fitzgerald, III (the "Whole Life Policy"), and under the term life policy, policy no. 011591302L,
that Southern Farm Bureau had issued to Thomas Henry Fitzgerald, III (the "Term Life Policy").

In its Complaint for interpleader, Southern Farm Bureau requested, among other relief,

that this Court enter an order: (a) restraining Defendants from instituting or prosecuting any other proceeding in any State or United States court affecting the Benefits; (b) discharging Southern Farm Bureau from any further liability; and (c) reimbursing Southern Farm Bureau its fees and costs incurred in connection with this interpleader.  Dkt. 1.

Emily Fitzgerald filed an Answer and a Counterclaim (Dkt. 8) and Lydia Fitzgerald filed an Answer (Dkt. 12).  Defendant Thomas H. Fitzgerald, Jr. ("Thomas Fitzgerald") did not file a response to Southern Farm Bureau's Complaint.  The Clerk entered the default of Thomas Fitzgerald (Dkt. 15), and Southern Farm Bureau filed a motion for the entry of a default judgment against Thomas Fitzgerald, which this Court has granted (Dkt. 18 and 20).

Emily Fitzgerald and Lydia Fitzgerald have agreed to the following distribution of the life insurance benefits as well as the following relief for Southern Farm Bureau:

1.     Southern Farm Bureau shall pay to Lydia Fitzgerald the benefits due under the Whole Life Policy, plus applicable interest due at the time of payment, but less $4,801.00 that Southern Farm Bureau shall retain as reimbursement for its costs and expenses in this interpleader action;

2.     Southern Farm Bureau shall pay to Emily Fitzgerald the benefits due under the Term Life Policy, plus applicable interest due at the time of payment, but less $4,801.00 that Southern Farm Bureau shall retain as reimbursement for its costs and expenses in this interpleader action;

3.     Emily Fitzgerald's Counterclaim against Southern Farm Bureau be dismissed with prejudice;

4.     Emily Fitzgerald and Lydia Fitzgerald be restrained from instituting or prosecuting any other proceeding in any State or United States court affecting the

2

Benefits; and

5.     Southern Farm Bureau be discharged from any further liability relating to the

Term Life Policy and the Whole Life Policy.

WHEREFORE, Southern Farm Bureau, Emily Fitzgerald and Lydia Fitzgerald jointly

move for the entry of a judgment that includes the five points listed above.

Respectfully submitted,

SOUTHERN FARM BUREAU LIFE
INSURANCE COMPANY

By Counsel

**/s/ E. Ford Stephens**
E. Ford Stephens (VSB No. 25959)
Counsel for Plaintiff, Southern Farm Bureau Life
Insurance Company
Christian & Barton, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219-4037
(804) 697-4100 - phone
(804) 697-6112 – fax
Email: estephens@cblaw.com

Respectfully submitted,

EMILY WALKER, f/k/a EMILY H.
FITZGERALD

By Counsel

**/s/ Kelly G. Roberts**
Kelly G. Roberts (VSB# 74190)
Counsel for Defendant, Emily Walker,
f/k/a Emily H. Fitzgerald
Tucker Griffin Barnes, P.C.
9 S. Augusta Street
Staunton, VA 24401
434-951-0872 - phone
434-481-8021 - ax
Email: kroberts@tgblaw.com

Respectfully submitted,

LYDIA ANNE FITZGERALD, as
Administrator of the Estate of
Thomas Henry Fitzgerald, III

By Counsel

**/s/ Maggy L. Gregory**
Maggy L. Gregory (VSB # 80418)
Counsel for Defendant, Lydia Anne Fitzgerald,
As Administrator of the Estate of
Thomas Henry Fitzgerald, III
FISK & GREGORY, PLC
2 North Main Street
Post Office Box 459
Chatham, Virginia 24531
Telephone: (434) 432-2531
Facsimile: (434) 432-3510
Email: maggy@fiskgregorylaw.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2024, I will electronically file this document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to any registered participant as identified on the NEF to receive electronic service, including:

> Ms. Maggy L. Gregory
> Fisk & Gregory, PLC
> 2 North Main Street
> Post Office Box 459
> Chatham, Virginia 24531
> maggy@fiskgregorylaw.com
>
> Ms. Kelly G. Roberts
> Griffin Barnes, P.C.
> 9 S. Augusta Street
> Staunton, Virginia 24401
> kroberts@tgblaw.com

And I will send a copy of this document by U.S. Mail, postage prepaid, to:

> Mr. Thomas Henry Fitzgerald, Jr.
> 621 Dillards Hill Road
> Lowesville, Virginia 22967

> **/s/ E. Ford Stephens**
> E. Ford Stephens
> Virginia Bar Number 25959
> Counsel for Plaintiff, Southern Farm Bureau Life
> Insurance Company
> Christian & Barton, L.L.P.
> 901 East Cary Street, Suite 1800
> Richmond, Virginia 23219-4037
> (804) 697-4100 - phone
> (804) 697-6112 – fax
> Email: estephens@cblaw.com