IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 3:23-cv-00047 |
| v. ) ) | |
| EMILY H. FITZGERALD, ET AL, ) ) | By: Hon. Robert S. Ballou United States District Judge |
| Defendants. ) | |

## ORDER

Before the Court is a Joint Motion for Entry of Final Judgment by Southern Farm Bureau Life Insurance Company ("Southern Farm Bureau"), Emily Walker, f/k/a Emily H. Fitzgerald ("Emily Fitzgerald") and Lydia Anne Fitzgerald, as Administrator of the Estate of Thomas Henry Fitzgerald, III ("Lydia Fitzgerald") (the "Joint Motion for Entry of Judgment") (Dkt. 21).

This interpleader action involves the life insurance benefits (the "Benefits") due under the whole life policy, policy no. 01 1983309, that Southern Farm Bureau had issued to the Thomas Henry Fitzgerald, III (the "Whole Life Policy"), and under the term life policy, policy no. 011591302L, that Southern Farm Bureau had issued to Thomas Henry Fitzgerald, III (the "Term Life Policy"). Dkt. 1.

The Joint Motion for Entry of Judgment is **GRANTED** and this Court hereby **ORDERS**:

1. Southern Farm Bureau shall pay to Lydia Fitzgerald the benefits due under the Whole Life Policy, plus applicable interest due at the time of payment, but less $4,801.00 that Southern Farm Bureau shall retain as reimbursement for its costs and expenses in this interpleader action;

2. Southern Farm Bureau shall pay to Emily Fitzgerald the benefits due under the Term Life Policy, plus applicable interest due at the time of payment, but less $4,801.00 that Southern Farm Bureau shall retain as reimbursement for its costs and expenses in this interpleader action;

3. Emily Fitzgerald's Counterclaim against Southern Farm Bureau is hereby **DISMISSED WITH PREJUDICE**;

4. Emily Fitzgerald and Lydia Fitzgerald are restrained from instituting or prosecuting any other proceeding in any State or United States court affecting the Benefits; and

5. Southern Farm Bureau is discharged from any further liability relating to the Whole Life Policy and the Term Life Policy.

The Clerk is directed to enter final judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record

It is so **ORDERED**.

Entered: February 7, 2023

Robert S. Ballou
United States District Judge